UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2132
(2:24-cv-00018-TSK)

_____

KRYSTLE PERRY, individually and on behalf of their minor child K.P.;
ANTHONY PERRY, individually and on behalf of their minor child K.P.

       Plaintiffs – Appellees

v.

STACY MARTENEY, in her official capacity as the Virtual Learning Coordinator of the Upshur County Virtual School; CHRISTINE MILLER, in her official capacity as Superintendent of the Upshur County School District

       Defendants – Appellants

and

THE BOARD OF EDUCATION OF THE COUNTY OF UPSHUR; DR. MATTHEW CHRISTIANSEN, in his official capacities as the State Health Officer and Commissioner of the Bureau of Public Health; DOUG CIPOLETTI, in his official capacity as Executive Director of the West Virginia Virtual School Academy; BRYAN HOYLMAN, in his official capacity as Chair of the Board of Directors of Mountain State Learning Solutions, Inc. d/b/a West Virginia Virtual Academy

       Defendants

**JOINT STATUS REPORT OF THE PARTIES**

Pursuant to this Court's January 31, 2025, Order (ECF No. 67), the parties hereby jointly submit the following status update:

1.  Defendants-Appellants noticed this appeal on November 11, 2024. Pursuant to the Court's briefing schedule, Defendants-Appellants filed their opening brief on January 6, 2025. *See* ECF No. 15.

2.  The question presented by this appeal is whether W. Va. Code § 16-3-4 is unconstitutional under a Free Exercise Clause challenge of the First Amendment, as applied to Plaintiff K.P., where Plaintiff is a virtual student in Upshur County Virtual School. *See* ECF No. 15, at 3.

3.  On January 14, 2025, West Virginia Governor Morrisey issued Executive Order 7-25, stating that the absence of a religious exemption in W. Va. Code § 16-3-4 substantially burdens the free exercise of religion in violation of the Equal Protection for Religion Act of 2023 and the "inherent religious liberties guaranteed by the Constitutions of the United States and West Virginia." *See* ECF No. 19, Exhibit A, 2-3.

4.  This Executive Order further ordered that the State Health Officer submit a plan to the Governor's office regarding the proposal of any necessary legislation and rules to enable and facilitate a statewide exemption to W. Va. Code § 16-3-4. *Id.*

5. On January 22, 2025, the Defendants-Appellants filed a consent motion to stay all proceedings due to the West Virginia Governor Morrisey's recent Executive Order No. 7-25 dated January 14, 2025. *See* ECF No. 19.

6. On January 29, 2025, this Court granted the consent motion and placed this case under abeyance until W. Va. Code § 16-3-4 is amended or otherwise modified to include a religious exemption and directed by the Governor's Executive Order. *See* ECF no. 20.

7. This Court further directed the parties to submit monthly joint status reports beginning on February 28, 2025. *See* ECF No. 20.

8. On February 21, 2025, the West Virginia Senate passed SB460, which would modify W. Va. Code § 16-3-4 to include religious and philosophical exemptions to the State's mandatory vaccination requirements for school children.[1]

9. At the time of this Joint Status Report, SB460 is currently before the West Virginia House of Delegates for consideration.

---

[1] *See* https://blog.wvlegislature.gov/headline/2025/02/21/senate-passes-vaccine-exemptions/#:~:text=Current%20West%20Virginia%20law%20requires,medical%20exemption%20can%20be%20shown. (Last accessed February 27, 2025).

10.   In light of the recent legislative updates, which appear likely to resolve this matter before the Court, the parties agree that continued abeyance of this matter is appropriate.

/s/ Ryan S. Moore
Robert J. Kent
Ryan S. Moore
Bowles Rice LLP
Fifth Floor, United Square
501 Avery Street, Post Office Box 49
Parkersburg, WV  26102
(304) 420-5504
Facsimile (304) 420-5587
rkent@bowlesrice.com
rmoore@bowlesrice.com

Leigh Anne Wilson
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV  26501
(304) 554-2603
Facsimile (304) 285-2530
lwilson@bowlesrice.com

*Counsel for Defendants-Appellants Stacy Marteney, in her official capacity and Christine Miller, in her official capacity*

*/s/ Walker Moller* (with permission)
Walker Moller
Siri & Glimstad LLP
1005 Congress Avenue, Suite 925-C36
Austin, TX  78701
(888) 747-4529
wmoller@sirillp.com

Aaron Siri
Elizabeth Ann Brehm
Siri & Glimstad, LLP
Suite 500
745 5th Avenue
New York, NY  10151
(212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

Christopher Wiest
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, KY  41017
(513) 257-1895
chris@cwiestlaw.com

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the parties in this case.

*/s/ Ryan S. Moore*
Ryan S. Moore
